Layne Friedrich (Bar No. 195431)
  layne@lawyersforcleanwater.com
Drevet Hunt (Bar No. 240487)
  drev@lawyersforcleanwater.com
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155

*Attorneys for Plaintiff*
California Sportfishing Protection Alliance

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>             Plaintiff,<br>      v.<br><br>JOHN SIMONELLI, *et al.*,<br><br>             Defendants. | Civil Case No.: 2:12-CV-00165-LKK-KJN<br><br>**STIPULATION OF VOLUNTARY DISMISSAL;<br>ORDER**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii)<br><br>Honorable Lawrence K. Karlton<br><br>Trial Date: December 10, 2013<br>Time: 10:30 a.m.<br>Place: Courtroom 4 |

**STIPULATION OF DISMISSAL**

WHEREAS, Plaintiff California Sportfishing Protection Alliance filed a citizen enforcement action against Defendants for violations of the Clean Water Act at their automobile dismantling facility;

WHEREAS, since the filing of this action Defendants have ceased operations at the facility;

WHEREAS, in the interest of saving the parties' and this Court's resources, the parties stipulate to voluntarily dismiss this action without prejudice to re-file the action if Defendants resume operations.

///

IT IS THEREFORE HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:  September 14, 2012            LAWYERS FOR CLEAN WATER, INC.

                                      By:    /s/Drevet Hunt
                                             Layne Friedrich
                                             Drevet Hunt
                                             Attorneys for Plaintiff
                                             California Sportfishing Protection Alliance

Dated:  September 14, 2012            SOMACH SIMMONS & DUNN LLP

                                      By:    /s/Kanwarjit S. Dua (as authorized on 9/14/12)
                                             Kanwarjit S. Dua
                                             Attorneys for Defendants
                                             John Simonelli, *et al*.

### **ORDER**

**IT IS SO ORDERED THAT:**

Based upon the stipulation of the parties, the above captioned case is dismissed without prejudice.

Dated:  October 2, 2012


                                      _____
                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT