1 | Layne Friedrich (Bar No. 195431)
       layne@lawyersforcleanwater.com
2 | Drevet Hunt (Bar No. 240487)
       drev@lawyersforcleanwater.com
3 | LAWYERS FOR CLEAN WATER, INC.
4 | 1004-A O'Reilly Avenue
San Francisco, California 94129
5 | Telephone: (415) 440-6520
Facsimile: (415) 440-4155
6 |
7 | *Attorneys for Plaintiff*
California Sportfishing Protection Alliance

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, | Civil Case No.: 2:12-CV-00165-LKK-KJN |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL;** |
| v. | **ORDER** |
| JOHN SIMONELLI, *et al*., | Fed. R. Civ. P. 41(a)(1)(A)(ii) |
| Defendants. | Honorable Lawrence K. Karlton |
| | Trial Date: December 10, 2013 |
| | Time: 10:30 a.m. |
| | Place: Courtroom 4 |

## **STIPULATION OF DISMISSAL**

WHEREAS, Plaintiff California Sportfishing Protection Alliance filed a citizen enforcement action against Defendants for violations of the Clean Water Act at their automobile dismantling facility;

WHEREAS, since the filing of this action Defendants have ceased operations at the facility;

WHEREAS, in the interest of saving the parties' and this Court's resources, the parties stipulate to voluntarily dismiss this action without prejudice to re-file the action if Defendants resume operations.

///

IT IS THEREFORE HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:  September 14, 2012                    LAWYERS FOR CLEAN WATER, INC.


                                              By:     /s/Drevet Hunt
                                                      Layne Friedrich
                                                      Drevet Hunt
                                                      Attorneys for Plaintiff
                                                      California Sportfishing Protection Alliance


Dated:  September 14, 2012                    SOMACH SIMMONS & DUNN LLP


                                              By:     /s/Kanwarjit S. Dua (as authorized on 9/14/12)
                                                      Kanwarjit S. Dua
                                                      Attorneys for Defendants
                                                      John Simonelli, *et al*.


## ORDER

**IT IS SO ORDERED THAT:**

Based upon the stipulation of the parties, the above captioned case is dismissed without prejudice.


        Dated:  October 2, 2012




                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT